FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 DEC 19 PM 2:57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DANIEL CLAY WILKERSON, SR.**                     CIVIL ACTION

versus                                              NO. 07-3491

**LA. DEPT. OF PUB. SAFETY AND**                    SECTION: "F" (3)
**CORR. - RICHARD STALDER, SECRETARY**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Daniel Clay Wilkerson, Sr.**, for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of Dec., 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____